UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62150-CIV-DIMITROULEAS

ENPAT, INC., a Florida corporation,

Plaintiff,

vs.

HERBERT DENNY, an individual,

Defendant.
_______________________________________/

**ORDER REQUIRING RESPONSE TO MOTION TO TRANSFER**

THIS CAUSE is before the Court upon Defendant, Herbert Denny's Unopposed Motion to Transfer Venue, filed herein on January 31, 2011 [DE 10]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall file a Response to the instant Motion on or before February 17, 2011. A failure to timely respond may result in the Court immediately granting the instant Motion.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of February, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record