UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62150-CIV-DIMITROULEAS

ENPAT, INC., a Florida corporation,

Plaintiff,

vs.

HERBERT DENNY, an individual,

Defendant.
_____________________________________/

**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER VENUE**

THIS CAUSE is before the Court upon Defendant, Herbert Denny's Unopposed Motion to Transfer Venue, filed herein on January 31, 2011 [DE 10]. The Court has carefully considered the Motion, Plaintiff, Enpat, Inc.'s Response [DE 14], and is otherwise fully advised in the premises.

In its Response, Plaintiff indicates that it does not oppose the Motion to Transfer Venue.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) Defendant, Herbert Denny's Unopposed Motion to Transfer Venue, filed herein on January 31, 2011 [DE 10] is hereby **GRANTED**;

2) The Clerk is directed to transfer the above-styled case to the District Court for the Middle District of Florida[1];

3) All other pending motions are denied as moot;

4) The Clerk shall close this case in this district.

[1]The parties specifically request that the above-styled case be transferred to the Orlando Division of the Middle District of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of February, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record